

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2015

No. 04-15-00029-CV

**DIAGNOSTIC RESEARCH GROUP** and John R. Holcomb, M.D.,
Appellants

v.

Sushma **VORA**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-00357
Honorable Larry Noll, Judge Presiding

# O R D E R

This is an accelerated appeal. Appellee's brief was due to be filed on March 9, 2015. Because Appellee did not file a timely brief or motion for extension of time, this Court ordered Appellee to file a brief or a motion for extension of time on or before March 27, 2015. Appellee was cautioned that failure to respond would result in the case being set "at issue" and submitted without the appellee's brief. Appellee filed a motion for extension of time on March 27, 2015, seeking extension to April 8, 2015.

It is ORDERED this motion for extension of time is GRANTED. Appellee must file the brief on or before April 8, 2015. **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED**.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2015.

_____
Keith E. Hottle
Clerk of Court